

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| IN RE: MOTION TO SEAL COMPLAINT (and related filings) | ) ) ) ) | No. 3:18SW209, 3:18SW210 UNDER SEAL 3:18mj151 |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT AND RELATED FILINGS

Pursuant to Rule 49(B) of the Local Criminal Rules for this Court, the United States, by and through its attorneys, G. Zachary Terwilliger, United States Attorney, and S. David Schiller, Assistant United States Attorney, hereby moves the Court to issue an order sealing the complaint, affidavit in support with attachments, the arrest and search warrants and applications therefore, and this Motion the Memorandum in Support of this motion, in the above-captioned case, until such time as the complaint and warrants are each executed. In addition, the United States requests that the sealed documents be unsealed for the limited purpose of providing to any United States or state law enforcement officials involved in the prosecution of the defendant in this case, the arrest of the defendant in this case, or execution of the search warrants.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
S. David Schiller
Assistant United States Attorney