# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
SEP 11 2018

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. Filed Under Seal |
| 2821 Dellrose Ave, Richmond, Virginia 23228 | ) ) ) | 3:18SW209 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Virginia___
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, incorporated herein by reference regarding 2821 Dellrose Ave, Richmond, Virginia 23228, hereinafter "SUBJECT PREMISES"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before ___9/8/2018___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☒ for __10__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __8/31/2018__

/s/ [signature]
Roderick C. Young
United States Magistrate Judge

City and state: Richmond, Virginia

United States Magistrate Judge
*Printed name and title*



**U. S. Department of State**
BUREAU OF DIPLOMATIC SECURITY
## PROPERTY/EVIDENCE RECEIPT

Page __1__ of ____

| Inventory Number | Date/Time Received (mm-dd-yyyy) | Evidence Log Number | Diplomatic Security Case Number |
|---|---|---|---|
|  | 09/06/2018 0850 am |  | PF-2017-00460 <br> PF-2017-00461 |

| Other Dept. Case Number | Other Dept. Property Location and Inventory Number | |
|---|---|---|

**Address Where Property Impounded** (Give exact location where property was located): 2821 Dellrose Ave, Henrico, VA 23228

**Type of Case:** PF

| Received From | Address | City | State | Telephone Number |
|---|---|---|---|---|

| Owner (If known) | Address | City | State | Telephone Number |
|---|---|---|---|---|

Suspect ☐  Victim ☐  Subject ☐  Race ___  Sex ___  Date of Birth ___  Incarcerated ☐ Yes ☐ No  Warrant ☒ Yes ☐ No

☐ Seized Property  ☐ Forfeited Property  ☒ Other (Specify) Search Warrant
☐ Voluntarily Abandoned Property  ☐ Custodial Property

| Item Number | Quantity | Description (Itemize currency by denomination) | Currency Only | Evidence |
|---|---|---|---|---|
| 1 | 1 | Permanent Resident Card Argueta Marquez, Juan INS A# 094-652-254 in Room 7A) Bedroom fanny pack in the closet | | |
| 2 | 1 | SSN card (Juan Argueta Marquez) found in black bag; black bag was on the floor of the closet Room 7A (bedroom) # 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 | | |
| 3 | 1 | Social Security card # 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 Blanca M Diaz found Room 7A (bedroom) in wallet located inside purse in the closet | | |

### ACKNOWLEDGEMENTS

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a Special Agent.

Print: 
Signature: 

Signature: 
Witness Signature: 

Received By (Print Name): 
Reason: 
Date (mm-dd-yyyy): 

Signature: 
Time Received: 

DS-1857
08-2016

**ORIGINAL EVIDENCE CUSTODIAN**



### U. S. Department of State
### BUREAU OF DIPLOMATIC SECURITY
## PROPERTY/EVIDENCE RECEIPT
### (CONTINUATION SHEET)

PAGE __2__ OF __5 2 m__

| ITEM NO. | QUANTITY | DESCRIPTION (Itemize currency by denomination) | CURRENCY ONLY Total Face Value | EVIDENCE LABEL NO. |
|---|---|---|---|---|
| 4 | 1 | Social security card #541-02-~~??~~ ml 7484 Blanca M Diaz found in Room 7A (Bedroom) in zebra painted jewelry box located in closet | | |
| 5 | 1 | Social security card #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 Juan Argueta Marquez Room 7A (bedroom) found in fanny bag/pack in closet | | |

### ACKNOWLEDGEMENTS

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a Special

_____ (Print)                                                       _____ (Signature)

_____ (Sign)   WITNESS _____ (Signature)

RECEIVED BY (Print Name)   (Signature) 4   REASON   DATE (mm-dd-yyyy) AND TIME RECEIVED

DS-1857A
08-2001                          ☆ U.S. GPO: 2004-307-924                        ORIGINAL   EVIDENCE CUSTODIAN